UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC L. JARRETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESSEX PROPERTY TRUST,<br><br>　　　　　Defendant. | Case No. 5:14-cv-05420-HRL<br><br>**ORDER VACATING MOTION HEARINGS AND SETTING STATUS CONFERENCE** |

　　　　Earlier this year, defendant filed a motion to dismiss the complaint, and then plaintiff filed a motion for preliminary injunction. Shortly after, the parties jointly requested that the hearings on those motions be continued because they were in the process of finalizing a settlement. The court granted that request, re-set briefing deadlines, and continued the motion hearings to June 16, 2015. Plaintiff subsequently filed a "Motion for Order Enforcing Agreement for Settlement" and noticed it for a June 16 hearing.

　　　　None of these motions have been briefed, and all filing deadlines have passed. But, no notice of settlement or dismissal has been filed either. Accordingly:

　　　　All pending motions are taken off calendar, and the June 16, 2015 hearings are vacated.

1    The court instead sets this matter for a status conference to be held on **June 23, 2015, 1:30
2  p.m.**  The parties shall file a joint status report **no later than June 19, 2015**.
3    SO ORDERED.
4  Dated:   June 15, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:14-cv-05420-HRL Notice has been electronically mailed to:

Ernest Lloyd Jarrett     eljlaw@yahoo.com

Katrina Acosta Romero     kromero@burnhambrown.com, kcabico@burnhambrown.com, pcaleo@burnhambrown.com

Pamela Yvette Price     pamela.price@pypesq.com, e-filing@pypesq.com

Stephen Michael Tye     stye@burnhambrown.com, mhudson@burnhambrown.com